UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **A.C.#19-43(3:18cv01622(MPS)**

Caption [use short title]: **Zee Wee J. Impala, appearing Prose**

Motion for: **3 Judge Panel Denial, Now A Motion For Reconsideration En Banc, Remand Case to the 3 Judge Panel for relief**

Set forth below precise, complete statement of relief sought:

**(See Local Rule 24.1, attached)**

RECEIVED 2019 JUL 11 PM 3:53 CLERK'S OFFICE U.S. COURT OF APPEALS

MOVING PARTY: **Zee Wee J. Impala, Prose**

OPPOSING PARTY: **U.S. Dept., of Justice John H. Durham, Chief U.S. Atty.,**

[X] Plaintiff   [ ] Defendant
[X] Appellant/Petitioner   [ ] Appellee/Respondent

Fax: 92037735376

MOVING ATTORNEY: _____

OPPOSING ATTORNEY: **U.S. Dept., of Justice Atty., John H. Durham, Chief U.S.**

[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: **U.S. District Ct., (D-Conn.) Michael P. Shea, Judge, 141 Church St. New Haven, CT.**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[X] Unopposed  [ ] Opposed  [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [X] No  [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [X] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [X] No  If yes, enter date: _____

Signature of Moving Attorney: *Zee Wee J. Impala*   Date: **July 9th 2019**   Service by: [ ] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

Impala made the following Claims to the U.S.District Court (D-Conn.)

1) U.S. SupCt., Burgett vs. Tx., violation! This Claim is "Lex Terrae!"

See Scott Diaz Prose vs. U.S. F.Supp., (D-Conn. 7/27/2005) even the District Court recognized a Burgett vs. Tx., violation. Scott Diaz & Impala are both similarly situated and Impala was still denied!

2) the Second Cir., almost 34 years ago, ruled that former CGS Sect. 51-220 was unConstitutional*, however only 2 Petitioner received relief. The lower Courts are in Contempt of Court i.e., the 2nd Cir., law.

3) U.S. vs. Bell 524 F2d 202 (2ndCir.1975) vs. U.S.vs.Carter 981 F2d 645 (2nd Cir. 1992) Carter was never a Stare Decisis violation! U.S. vs. Ianniello & Zervos vs. Verizon makes that clear, therefore Bell is still the of the 2ndCir.,.

All of the Claims, supra, have merit, therefore Impala deserves his IFP Motion granted & his Motion for appointment of Counsel granted!

(*NewHavenRegister Wed.,May28,1986

"U.S.Court of Appeals(2ndCir.)

Ruling On Jury Quotas MaySpring some Convicts" p.25)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

Zee Wee J. Impala, Non InCarceratedCivilian Appearing Prose
Plaintiff/Appellant

A.C.# 19-43

vs.

U.S. Dept., of Justice, John Henry Durham
Defendant

Motion For RECONSIDERATION EN BANC

Pursuant to FRAP R.35(c) & FRAP R. 40(a)(1)

Zee Wee J. Impala, proceeding Prose was denied relief at the District Court level, then at the Appellate Court level. Impala has been litigating in the same District Court for years under the names "Mpala" & "Impala". He has always been granted Informa Pauperis Status! 1) Finally Impala discovered that over 20 years ago, the Court used an uncounseled prior felony Conviction to indict him! Impala alerted the Court that this was a Burgett vs. Tx., violation!

2) Impala alerted the Court that Jury Array selection process former CGS 8u51-220 was outlawed and repealed, Scores of Convicted felons filed for relief, but only Alston & Haskins received relief!

3) Impala alerted the Court that in the Cases of Bell vs. Carter, Bell is still good law! The District Court ruled that Scarborough vs. U.S. 431 U.S.563, 97S.Ct.1963, 52 L.Ed.2d 582(1977) effectively overturned Bell. "Evejudicial dictum by the U.S.SupCt., is not binding on lower federal Courts, ........" Bell Case, "This Court is bound by a decision of a prior panel unless and until it's rationale is overruled, implicitly or expressly by the SupCt., or this Court en banc." U.S. vs. Ianniello 808F2d 184(2ndCit.1986)

The same District Court gave Scott Diaz relief on a Burgett vs.Tx., violation! However it was later reinstated because it was discovered that he did have counsel! Now all of a sudden the District Court denied Impala not IFP status so that he can proceed!

It is because the claims, supra, have merit, that Impala deserves his request for IFP granted. He also deserves appointed of Counsel. Impala is similarly situated to Travis Wayne Bowman vs. U.S. (D-N.C. Oct.28,2014) Post Conviction, claimed invalid prior felony Conviction and was appointed Counsel.

An en banc Consideration is necessary to secure & maintain uniformity of the Court's prior decisions. Burgett is the leading case, it is the law of the 2ndCircuit and it has precedent. Bell was never over ruled by either the U.S.SupCt., or an enbànc panel! It's of exceptional importtance that these claims are address. Therefore Impala's IFP Motion must be granted!

The New Haven Register Wed.,May 28th 1986,announced that "U.S.Court of Appeals(2ndCir.) Ruling On Jury Quotas May Spring SomeConvicts" p.25, Alston vs. Manson 791 F2d 255(2ndCir.1986) repealed of outlawed CGS Sect.51-220, Alston & Haskins received relief! However scores of the other convicted felons who juries were also selected pursuant to CGS Sect. 51-220,repeals were denied! *Impala a/k/a Gethers also filed but the Public Defen der tricked into filing a "With draw of Appeal Notice". Impala was the only Petitioner who objected during pretrial that no Black people were on his jury array! (See Conn. vs.Gethers 193 C.526(C.1984) his objection was mentioned 3 different times in that opinion. Richard Austin in 814 F. Supp., 233(D-Conn.1992) was denied relief! Despite all of the Petitioners were similarly situated to Alston & Haskins we were all denied!

(* See Johnson vs. Comissioner 218 Conn. 403(C.April 1991) Alson vs. Manson violation, former CGS Sect. 51-220 was outlawed & repealed, gives a list of the Petitioners who filed for relief and were denied!)

RELEVANT LAW

1) Alex Wood vs. FBI 312 F.S.2d 328 (D-Conn. 04) 432 F3d 78(2ndCir. 05)
2) Gregory Dillion vs. Chris Morano 45 F.S.2d 167(D-Conn.199) 497 F3d 247(2ndCir. 07)
   affirmed in part, vacated in part & remanded
3) Judges Read About False Affidavits: Paper Conn., Post Sat., Nov. 27, 1999
4)
5) Impala Prose vs. U.S. Dept..of Justice 3-14-cv-01233(VLB) Relief denied!
6) Impala Prose vs. U.S. Dept..of Justice 3:14-cv-01191(VLB) Relief denied!
7) Impala Prose vs. U.S. Dept., of Justice 3:14-cv-01248(DJS) Relief denied!
8) Impala Tom J. Lengyel vs. U.S. Dept., of Justice Appellate Court # 15-1993(2ndCir. )
9) Impala Tom J. Lengyel vs. U.S. Dept., of Justice Appellate Court # 15-3055 (2ndCir. 11-15-16)
10) U.S. vs. Impala Prose 36 Fed Appx., 476 (6-14-02 ) Relief denied!
11) The Rules of Professional Conduct of a Lawyer
12) Impala Prose vs. U.S. 1177, U.S. SupCt. (1-27-2003)
13) Mpala Prose vs. Smith 2006 WL 1455733 (MID D -Pa. (5-25-2006) Relief denied!
14) Mpala Prose vs. Smith 2007 WL 136750 (MID D-Pa. 1-16-2007) Relief denied!
15) Mpala Prose vs. Smith 241 Fed Appx. 3, (3rd Cir. 7-17-2007) Relief denied!
16) Mpala vs. Smith 2006 WL 1455733 (MID D Pa. 5-25-06) Relief denied!
17) New Haven Reg., Sat. 3/15/1997 p.3, Zee Wee J. Mpala f/k/as David Gethers " Ice Helps Cops Put Suspects In The Cooler"
18) Alexander Wood vs. FBI & U.S.Dept.of Justice # 3:02cv2058 (JBA) (D-Conn)
19) U.S. vs. Zee Wee J.Impala 3:97CR62(RNC) Bench Trial Judgment Guilty!
20) U.S. vs. Zee Wee J.Imapa 3:97CR118(RNC) Bench Trial Judgment Guilty!
21) USA Today Thurs., 6/14/2012(attached) "Locked Up But Innocent" p.1,
22) Task force Investigate "Corrupticut" See Yale Daily News Thurs..2/12/2015 p.3 (attached)
23) Conn. vs. Gethers Prose a/k/as Impala 193 C. 526 (July 1984)
24) (June 22 1987)            (June 22 1987)
    U.S. vs. Ianniello 808 F2d 184Certiorari denied Cohen vs. U.S. 107 S.Ct. 3229, 483U.S.1006, 97 L.Ed.2d 736 and 107 S.Ct.3230, 483 U.S. 1006, 97L.Ed. 2d 736 Courts key 90(2)
25) Zervos vs. Verizon N.Y., INC 252 F3d 163(2ndCir. 2001)
26) U.S. vs. Bell 524 F2d 202(2nd Cir. 1975 )
27) Jencks 18 U.S.C. § 3500 Demands For Production of Statements of Witnessess
28) Sweeton vs. Brown 27 F3d 1162, 1169 (6th Cir. 1994)
29)

Relevant Law

30) The Corpus Juris Secundum Attorney & Client Sect. 212, pp. 212-215
31) Conn. vs. Gethers Prose a/k/a Mpala 193 C.526(C. 1984)
32) CGS Sect. 54-11 Alvin W. Penn Racial Profiling Prohibition Act
33) **Scott Diaz Prose vs. U.S. F.Supp.,(D-Conn 7/27 2005) received relief on a Burgett violation!**
34) 18 U.S.C. § 2113(a)
35) 18 U.S.C. § 922(g)(1)
36)
37) U.S. Const., Amdts., 4th, 6th, 14th
38) U.S. vs. Carter 981 F2d 645(2ndCir. 1992) is a Stare Decisis Violation!
39) U.S. vs. Simmons 4th Cir. 8/17/2011 (en banc)
40)

41) U.S. vs. Laster 313 Fed., Appx. 369
42) Burgett vs. Tx., 389 U.S. 109, 88 S.Ct. 258, 19 L.Ed 319(1967)
43) See the Federal P a c e r s
44) Golino vs. City of New Haven 950 F2d 864, 870-71(2ndCir. 1991)
45) Franks vs. Delaware 438 U.S. 154, @ (1978)
46) 
47) 
48) 
49) Strickland vs. Washington 466 U.S. 668(1984) @ p.694
50) F.R.Crim.P. R. 12(b)(3)(B)
            R. 12(e)
51) Related Federal Grievances: 3:18-gp-4(AWT) Impala vs. Donovan
                           &    3:18-gp-5(AWT) Impala vs. Donovan
52) U.S. vs. Travisano 724 F2d 341(2ndCir. 1983) Jeremiah Donovan was the Govt., Atty.,
              560 F.Supp., 627(D-Conn.1983)
53) U.S. ex Rel. Lasky vs. LaValle 472 F2d 960(2ndCir. 1973)
54) U.S. vs. Custis 114 S.Ct. 1732, 1737-38, 128 L.Ed.2d 517(1994)
55) Sweeton vs. Brown 27 F3d 1162, 1169(6thCir. 1994)
56) "Kimberly Thomas was arrested on gun charges, but her Case was dropped when a videoContradicted an officer's testimony" 'Testilying' byPolicePersistsAsCamerasCaptureTruth
   (See New York Times March 19, 2018, pp., 1, 16-17)

# Relevant Law

57) Scott Diaz Prose vs. U.S. F.Supp.(D-Conn 7/27/2005)

58) U.S.SupCt. Burgett vs. Tx., "Lex Terrae !" Proclamation

59) Black's Law Dictionary : "Doctrine of Precedent violation!"

        " Law of the Circuit Doctrine violation!"

60) Johnson vs. Commissioner 218 Conn. 403(C. April 1991) Alston vs. Manson viola-tion! CGS § 51-220 violation

61) Austin vs. Commissioner of Correction 814 F.Supp. 233(D-Conn. 1992)

62) Alston vs. Lopes 621 F.Supp.,992(D-Conn. 1985) CGS§ 51-220 violation!

63) Alston vs. Manson 791 F2d 255 (2nd Cir. 1986) CGS § 51-220 violation!

64) AoC. ? Doc. # 19-43, doc. # 8 & doc. #26 (doc.#20) were all denied by a 3 Judge Panel J.John M.Walker, J.Jose A.Cabranes & J.Peter W.Hall, both Cabranes & Hall are from the (D-Conn.) and are associates of defendants John H. Durham Chief U.S.Atty., & J.R.N.Chatigny. It was inexcusable failure for Cabranes & Hall to not disclose this.

65) New Haven Register Wed., May 28,1986
"U.S. Court of Appeals (2ndCir.) Ruling On Jury Quotas May Spring Some Convicts"

D. Conn.
18-cv-1622
Shea, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand nineteen.

Present:
    John M. Walker, Jr.,
    José A. Cabranes,
    Peter W. Hall,
        *Circuit Judges*.

---

ZeeWee Dakar Impala, Non-Incarcerated Civilian,

    *Plaintiff-Appellant*,

v.                                                   19-43

Robert N. Chatigny, United States District Court Judge,

    *Defendant-Appellee*,

---

United States Department of Justice, John Henry Durham,

    *Defendants*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis and remand. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Zee Wee J. Impala, PlaintiffappearingProse
Non-InCarceratedCivilian

**CERTIFICATE OF SERVICE***
A.C.#19-43
Docket Number: #3:18cv1622(MPS)(D-Conn.)

v.

U.S Dept., of Justice
Prosecutorial MisConduct Unit
Chief U.S.Atty., John H. the Bull Durham

I, Zee Wee J. Impala _____, hereby certify under penalty of perjury that
(print name)

on July 9th 2019 _____, I served a copy of T-1080Denialof3JudgePanel, Now A Motion
ForRdConsideration (date) EnBanc, LR24.1 Statement, Order ofDenialMay15th2019, Cert., ofService,
Relevant Law,

(list all documents)

by (select all applicable)**

___ Personal Delivery        **X** United States Mail        ___ Federal Express or other
                                                                 Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| U.S.CourtofAppeals(2ndCir.) Yenni Liu, CaseManager | 40FoleySq., | NewYorkCity | N.Y. | 10007 |
| U.S.CourtofAppeals(2ndCir.) Chief Judge Jon O. Newman | 40FoleySq., | NewYorkCity | N.Y. | 10007 |
| John H. Durham, Chief U.S. Atty. | 157Church St. 26thFlr., | NewHaven | CT. | 06510 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

July 9th        2019                                    *Zee Wee J. Impala* (signature)
Today's Date                                            Signature

Certificate of Service Form (Last Revised 12/2015)

```
                    ***********************
                    ***   TX REPORT    ***
                    ***********************

      TRANSMISSION OK

      TX/RX NO                    0438
      CONNECTION TEL                         92037735376
      SUBADDRESS
      CONNECTION ID
      ST. TIME                    07/09 16:56
      USAGE T                     03'40
      PGS. SENT                      9
      RESULT                      OK
```

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **A.C.#19-43(3:18cv01622(MPS)**       Caption [use short title]: **Zee Wee J.Impala, appearing Prose**

Motion for: **3 Judge Panel Denial, Now A Motion For Reconsideration En Banc, Remand Case to the 3 Judge Panel for relief**

Set forth below precise, complete statement of relief sought:

**(See Local Rule 24.1, attached)**

MOVING PARTY: **Zee Wee J.Impala, Prose**        OPPOSING PARTY: **U.S.Dept., of Justice John H.Durham, Chief U.S. Atty.,**

[X] Plaintiff    [ ] Defendant

[X] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: _____    OPPOSING ATTORNEY: **Fax: 92037735376 U.S.Dept., of Justice Atty., John H.Durham, Chief U.S.**
[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from: **U.S.District Ct.,(D-Conn.)Michael P.Shea,Judge,141ChurchSt.NewHaven, CT.**

Please check appropriate boxes:                         FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                        INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below?    [ ] Yes [ ] No
    [X] Yes    [ ] No (explain): _____        Has this relief been previously sought in this court?  [ ] Yes [ ] No
                                                        Requested return date and explanation of emergency: _____

Zee Wee J. Impala, appearing Prose

358 Orange St. Apt.#916
New Haven, CT. 06511

 

U.S. POSTAGE PAID
FCM LETTER
NEW HAVEN, CT
06511
JUL 09, 19
AMOUNT
**$0.70**
R2304M112084-6

1000    10007

U.S. Court of Appeals (2nd Circuit)

Yenni Liu, Case Manager   Doc. # 19-43

40 Foley Sq.,
New York City, New York 10007

USM
SDNY

10007\$1503 C014